THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING SIEGEL, Appellant.

*Crimes — arson in second degree — judgment of conviction affirmed.*

*People* v. *Siegel*, 208 App. Div. 716, affirmed.

(Argued May 14, 1924; decided June 3, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1923, which affirmed a judgment of the Chautauqua County Court rendered upon a verdict convicting the defendant of the crime of arson in the second degree.

*Louis L. Thrasher* and *J. S. Lambert* for appellant.
*Glenn W. Woodin* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.